IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIMOTHY COLEMAN,

                Plaintiff,

v.                                                                         ORDER

JOHN DOE NO. 1, JOHN DOE NO. 2,                      20-cv-647-jdp
JOHN DOE NO. 3, and DAVE MAHONEY,

                Defendants.

---

Plaintiff Timothy Coleman, appearing pro se, alleges that defendant Dane County Sheriff's Office officials used excessive force in trying to overcome his resistance to having his fingerprints taken. I granted him leave to proceed on constitutional claims against three "John Doe" officers who harmed him in attempting to take his fingerprints.

As with one of his other cases in this court, No. 20-cv-648-jdp, Coleman's mother has submitted several filings on Coleman's behalf, stating that Coleman dictated them to her while housed at Mendota Mental Health Institute. In the '648 case, I've already explained to Coleman and his mother that she cannot represent him. Nonetheless, I will address Coleman's filings.

One of Coleman's filings is a motion to amend the caption now that he has identified two of the three Doe defendants as Jim Schroader and Sergeant Roper. The clerk of court sent a copy of this document to Coleman to sign, which he did. Dkt. 18 and Dkt. 22. I will grant this motion and I will direct the United States Marshal to serve these defendants.

Coleman also asks for the court to order counsel for nominal defendant Mahoney to identify the third Doe defendant. Dkt. 22. He doesn't explain whether he has sent counsel a discovery request about this defendant or how counsel responded to that request. But I will

direct counsel to treat Coleman's motion as an interrogatory aimed at ascertaining the identity of this defendant. If Coleman is dissatisfied with counsel's response, he should confer with counsel and then file a motion to compel discovery, if necessary.

Coleman's mother has also submitted a motion for the court's assistance in recruiting him counsel. Dkt. 21. Coleman has not returned a signed version of this document, but I will address it anyway and deny it. As I discussed in the '648 case, given Coleman's prior litigation in the court and his ability to dictate court documents to his mother, there isn't a reason to think that he will be unable to litigate the case himself.

ORDER

IT IS ORDERED that:

1. Plaintiff Timothy Coleman's motion to amend the caption to include defendants Jim Schroader and Sergeant Roper, Dkt. 22, is GRANTED.

2. The clerk of court is directed to forward a summons, the complaint, and this order to the United States Marshal for service on defendants Schroader and Roper.

3. Plaintiff's motion for the court's assistance in recruiting him counsel, Dkt. 21, is DENIED without prejudice.

Entered August 18, 2021.

BY THE COURT:

\_/s/_____
JAMES D. PETERSON
District Judge